UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60835-CIV-SINGHAL

UNITED STATES OF AMERICA
*ex rel.* LAUREN LAU,

      Plaintiff,

v.

**FILED UNDER SEAL**

ELLWOOD MEDICAL CENTER, LLC;
AMERICORE HEALTH, LLC; *et al.*,

      Defendants.
_____/

**ORDER GRANTING NINTH APPLICATION FOR EXTENSION
OF TIME TO CONSIDER ELECTION TO INTERVENE AND EXTENDING SEAL**

Upon consideration of the United States' Unopposed *Ex Parte* Application, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(3), for a 30-day extension of time, from April 12, 2024, to and including May 13, 2024, in which to determine whether or not to intervene in the above-captioned action and during which the complaint and other filings shall, absent Court order, remain under seal, and finding good cause therein, it is hereby

**ORDERED** that the United States' Unopposed *Ex Parte* Ninth Application for an Extension of the Intervention Period and Seal is **GRANTED**. The United States has until May 13, 2024 to notify the Court of its decision regarding intervention in the *qui tam* action. This is the last extension (the ninth) the Court will grant absent exceptional circumstances.

It is **FURTHER ORDERED** that the complaint and other filings shall remain under seal until further order of this Court, unless the United States requests that the seal be

lifted prior thereto.

      **DONE** and **ORDERED** in Chambers, Fort Lauderdale, Florida this 15th day of April 2024.

cc:   Counsel of Record
       AUSA Rosaline Chan

                                        RAAG SINGHAL
                                        UNITED STATES DISTRICT JUDGE