SEALED

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-60835-CIV-SINGHAL

UNITED STATES OF AMERICA
*ex rel.* LAUREN LAU,

    Plaintiff,

v.

ELLWOOD MEDICAL CENTER, LLC;
AMERICORE HEALTH, LLC; *et al.*,

    Defendants.

_____/

FILED BY _____ D.C.
MAY 09 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

**FILED UNDER SEAL**

## UNITED STATES' NOTICE TO INTERVENE IN PART FOR PURPOSES OF SETTLEMENT AND TO DECLINE IN PART

Pursuant to 31 U.S.C. § 3730(b)(2) and (4) of the False Claims Act ("FCA"), the United States of America respectfully notifies the Court of its intention to intervene in part of this action and to decline to intervene in part of this action. The United States intervenes for the purposes of settlement as to Defendants Sonoran Desert Pathology Associates, LLC, dba Verify Health, First Choice Labs USA and Daniel M. Hurt ("Settling Defendants"). The United States, Relator Lauren Lau, and the Settling Defendants (the "Parties") have reached a Settlement Agreement to resolve this matter, brought under the FCA, 31 U.S.C. §§ 3729-3733. Under the terms and conditions of the Settlement Agreement, the United States and Relator anticipate that they will file, pursuant to Fed. R. Civ. P. 41(a)(1), a Joint Stipulation of Dismissal of the *qui tam* complaint. While the Parties have executed the Settlement Agreement, payment has not yet been tendered as of the date of this filing. Under the terms of the Settlement Agreement, payment is due seven (7) days after the execution of the Settlement Agreement and the United States and Relator shall file a Joint Stipulation of Dismissal after payment has been tendered. In light of the Settlement Agreement,

the United States does not presently intend to file a complaint-in-intervention against the Settling Defendants but reserves the right to file such a complaint in the event the Settlement Agreement is breached.

The United States also notifies the Court that it declines to intervene against Defendants Ellwood Medical Center, LLC; Americore Health, LLC; DCMI, LLC; Grant White and Michael Lewitt ("Non-Settling Defendants"). Relator in this action has informed the United States that she will voluntarily dismiss her claims against the Non-Settling Defendants.

The United States requests that Relator's Complaint, the Government's applications for extension of time (but not the memorandum of law in support of such applications), this Notice, and the Court's prior seal extension Orders be unsealed. The United States requests that all other papers on file in this action, including the United States' memorandum of law in support of its applications for extension of time, remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended. Moreover, the United States' memoranda of law include investigative techniques that the United States used in investigating this matter, and that it disclosed to the Court in showing good cause in support of its extension requests. The United States has an interest in keeping this information from the public.

A proposed order accompanies this notice.

Dated: May 9, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARKENZY LAPOINTE
UNITED STATES ATTORNEY
Southern District of Florida

By: *Rosaline Chan*
ROSALINE CHAN
Assistant United States Attorney
Fla. Bar No. 1008816
United States Attorney's Office
99 N.E. 4th Street, Third Floor
Miami, Florida 33132
Telephone: (305) 961-9335
Facsimile: (305) 530-7139
Email: Rosaline.Chan@usdoj.gov

JAMIE ANN YAVELBERG
PATRICIA L. HANOWER
SAMSON O. ASIYANBI
Commercial Litigation Branch
United States Department of Justice
175 N Street, N.E., Suite 9.224
Washington, D.C. 20008
Tel: (202) 353-1053
Email: Samson.Asiyanbi2@usdoj.gov

*Attorneys for United States of America*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused to be filed the foregoing sealed document with the Clerk of the Court on May 9, 2024. I also certify that the foregoing document is being served this day on all counsel of record identified in the attached service list via electronic mail. To preserve the integrity of the United States' ongoing investigation, relator has not been served with the United States' memorandum of law in support of its application.

*Rosaline Chan*

Rosaline Chan
Assistant United States Attorney

**SERVICE LIST**

James D. Young
Morgan & Morgan
76 S. Laura Street, Suite 1100
Jacksonville, FL 32202
Tel: (904) 361-0012
Email: jyoung@forthepeople.com

Juan Martinez
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tel: (813) 393-5463
Email: jmartinez@forthepeople.com

*Attorneys for Relator*