UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 20-60835-CIV-SINGHAL**

UNITED STATES OF AMERICA
*ex rel*. LAUREN LAU,

    Plaintiff,

v.

**FILED UNDER SEAL**

ELLWOOD MEDICAL CENTER, LLC;
AMERICORE HEALTH, LLC; *et al.*,

    Defendants.
_____/

**SEALED ORDER**

**THIS CAUSE** is before the Court upon the United States' Notice To Intervene In Part For Purposes Of Settlement And To Decline In Part (DE [44]).  The Court, having reviewed the Notice, the record, and being otherwise fully advised, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The complaint be unsealed and served upon the defendants by the relator within 90 days of this Order;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, except for this Order, the United States' Notice of Election to Intervene in Part For Purposes of Settlement and to Decline in Part, the United States' applications for extension of time (but not the memorandum of law in support of such applications), and the Court's prior Orders, which the relator will serve upon the defendants only after service of the complaint; and that

3. The seal be lifted as to all other matters occurring in this action after the date of this Order.

**DONE AND ORDERED** in chambers, Fort Lauderdale, Florida this 15th day of May, 2024.

RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record
AUSA Rosaline Chan